Boris Avramski, Esq.
Nevada Bar #11350
Avramski Law, PC
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Tel.: 702-685-3619
Attorney for debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>FRANCES HUERTA<br><br>Debtor(s) | Case No.: 09-23716-MKN<br><br>Chapter: 13<br><br>HEARING DATE:<br>HEARING TIME: |

**MOTION FOR ORDER SHORTENING TIME RELATIVE TO MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5**

COMES NOW, Debtor's attorney of record, Boris Avramski, Esq., and hereby moves this Honorable Court for an Order Shortening Time within which the attached MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5 may be heard in the above-entitled action.

This request is made pursuant to LR 9006, as well as the attached sworn statements.

///

///

### DECLARATION OF BORIS AVRAMKSI IN SUPPORT OF DEBTOR'S EX PARTE MOTION FOR AN ORDER SHORTENING TIME

1. I, Boris Avramski, Esq., am the Debtor's Counsel in the above entitled action.

2. On December 9th, 2009, through their attorney of record, Boris Avramski, Esq., the Debtor filed MOTION FOR ORDER SHORTENING TIME RELATIVE TO MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5 and was given a hearing date as noticed.

3. There is an emergency that cannot wait until that date to be heard. The emergency is that U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5 is moving for relief from stay in order to foreclose the real property located at 4617 Alta Drive, Las Vegas NV 89107.

4. I have attempted to contact Opposing Counsel in this matter, but he did not respond.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Clark County, Nevada.

///

///

///

///

**ATTORNEY'S INFORMATION SHEET FOR PROPOSED ORDER SHORTENIG TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE/DISAGREE |
|---|---|---|
| 1. Kathleen A. Leavitt | 12/09/2009 | No response |
| 2. Greg Wilde, Esq. | 12/08/2009 | No response |

DATED: January 5th, 2010.

/s/BORIS AVRAMSKI, ESQ.
Boris Avramski, Esq.
Nevada Bar No. 11350
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtor