

Entered on Docket
February 08, 2010

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Boris Avramski, Esq.
Nevada Bar No. 11350
AVRAMSKI LAW, PC
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No.: 09-23716-MKN |
| ) | Chapter 13 |
| **FRANCES  HUERTA** ) | |
| ) | Hearing Date: 01/28/2010 |
| ) | Hearing Time: 2:30 PM |
| (Debtor) ) | |
| ) | CRT RM: <u>FOLEY FEDERAL BUILDING</u> |

**ORDER GRANTING MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5**

Debtor's MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES

1

SERIES 2006-HE5, having been duly filed and served on Creditor, having come before this Court for hearing on the date and time set forth above with Debtor appearing by and through her legal counsel Boris A. Avramski, Esq., of the law firm of Avramski Law, PC, and none of the named Creditors having appeared or otherwise having responded, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

1. The Order Vacating the Automatic Stay as to US BANK shall be vacated;
2. The automatic stay shall be reinstated as to US BANK;
3. US BANK shall accept future payments from the Debtor;
4. US BANK shall provide an accounting of how all post-petition payments made by the Debtors have been applied since the instant Chapter 13 filing;
5. US BANK shall provide a reinstate amount, if any, to the Debtor within 10 days of the entry of the order.

Submitted on the 1st day of February, 2010.

Respectfully Submitted:

/s/BORIS AVRAMSKI, ESQ.
Boris Avramski, Esq.
Nevada Bar No. 11350
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtor

///
///
///
///

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

      _____ The court waived the requirements of LR 9021

      _____ No parties appeared or filed written objections, and there is no trustee appointed in this case.

      __X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____ Approved Debtor(s) Attorney/Trustee

_____ Disapproved Debtor(s) Attorney/Trustee

__X__ Failed To Respond Trustee

###

3